UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYLER JONES,

    Defendant/Judgment Debtor,

and

ROCKCREEK RESTAURANT,

    Garnishee.

NO. 15 MS-05011

(3:08-CR-0027-1)

**Order to Issue a Writ of Continuing Garnishment for Non-Wages**

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Tyler Jones, from Rockcreek Restaurant, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Rockcreek Restaurant, whose address is Rockcreek Restaurant, 1738 N.W. 58th Street, Apt. 302, Seattle, WA 98107.

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1  //

2  DATED this 5 day of March, 2015.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*[signature]*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970